## DEAN et al. v. RAMPLEY, for use, etc.

SIMMONS, C. J. No error of law being complained of, and there being evidence to authorize the verdict, the judge did not err in refusing a new trial.  *Judgment affirmed. All the Justices concurring.*

Submitted March 14, — Decided April 6, 1900.

Equitable petition. Before Judge Russell. Franklin superior court. March term, 1899.

*W. R. Little*, for plaintiffs in error.
*W. D. Tutt* and *J. A. Neese*, contra.

---

## PENLAND v. BLECKLEY.

FISH, J. As the evidence submitted to the jury trying the case in the justice's court was sufficient to authorize the verdict rendered, there was no abuse of discretion by the judge of the superior court in overruling a certiorari, when no error of law was complained of, and the only question was whether the verdict was contrary to evidence.

*Judgment affirmed. All the Justices concurring.*

Submitted March 14,—Dated April 6, 1900.

Certiorari. Before Judge Estes. Rabun superior court. February term, 1899.

*W. S. Paris*, for plaintiff.    *W. F. Findley*, contra.